UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bryan Bernard, etal.</u>

          v.                  Civil No. 08-cv-183-JD

<u>Town of Tilton, NH, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 16, 2008, no objection having been filed.

SO ORDERED.

November 5, 2008                   <u>/s/ Joseph A. DiClerico, Jr.</u>
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

cc:    Bryan Bernard, pro se
        Joan Voutour, pro se